
RECEIVED
NOV 09 2021
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * CRIMINAL NO. 5:21-CR-00133 |
| VERSUS | * |
| | * DISTRICT JUDGE FOOTE |
| AUSTIN ALAN HALL | * MAGISTRATE JUDGE HORNSBY |

### WRITTEN FACTUAL BASIS

This Factual Basis is submitted in accordance with Federal Rules of Criminal Procedure, Rule 11. The parties signing below agree and stipulate to the following factual matters, as the basis for the Defendant pleading guilty to Count 1 of the Indictment.

On March 17, 2021, the FBI New Orleans Division Shreveport office received a phone call from an individual who identified himself as Austin Alan Hall (Hall) using telephone number (903) 808-2536. Hall asked to speak to an Agent. He was forwarded to the FBI's Public Access Line. Shortly thereafter, Hall called the FBI Shreveport office back and stated he was not trying to be disrespectful but that he needed to speak to an agent and not the recording. Hall said that judges had kept his daughter from him, and he was going to take care of them. Hall then stated he needed to speak to an Agent in the next 10 minutes or he was going to take care of the judges. Hall was asked, "You said you are going to take care of the judges?" Hall responded by saying "that's what I said." At that point FBI SA Jason Hodge took the phone.

Hall described his physical dimensions as 6 feet 8 inches tall and weighing 300 pounds. Hall again stated that he would take out a judge, and that he was disoriented. Hall shared with SA Hodge that he was seeing an oncologist in Texas because he had stage II lung cancer. Hall stated "If I need to say I will go after judges to speak to someone, I will do it." SA Hodge asked whether

Hall was threatening the judges in order to be heard, or if he really intended to hurt someone. Hall responded with "I plead the Fifth." Hall told SA Hodge he was going back to Cincinnati and would give Hodge time to investigate Judge Dean and Hall's parents.

Wherefore, the parties signing below agree and stipulate that the preceding paragraphs adequately describe the defendant's role in the offense of interstate transmission of extortionate communication for the purposes of establishing his guilt beyond a reasonable doubt to Count 1 of the Indictment.

These facts form the basis for a guilty plea to Count 1, Interstate Transmission of Extortionate Communication (18 U.S.C. §875(b)).

Signed this 9 day of November, 2021.

*Austin A. Hall*
Austin A. Hall
Defendant

*Betty A. Marak*
Betty L. Marak
Defense Attorney

ALEXANDER C. VAN HOOK
Acting United States Attorney

*J. Aaron Crawford*
J. Aaron Crawford (Bar No. 31682)
Assistant United States Attorney
300 Fannin St., Ste. 3201
Shreveport, LA 71101
(318) 676-3600